IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 19 cv 2830 |
| ) | |
| NDC DISTRIBUTORS, LLC, ) | Judge Sara L. Ellis |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendant. ) | |

### DEFAULT JUDGMENT

This matter coming to be heard on prove-up hearing on damages and attorney's fees and costs in support of Plaintiff's Motion for Entry of Default Judgment, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant NDC Distributors, LLC, and in Plaintiff Glen Ellyn Pharmacy, Inc.'s favor, in the amount of $4,500.00 for Plaintiff in statutory damages, plus $2,980.00 in attorney's fees and $467.45 in costs of suit.

Defendant NDC Distributors, LLC, is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff Glen Ellyn Pharmacy, Inc..

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: October 2, 2019

_____
Judge